```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Timothy Logsdon

    v.

                                            Civil No. 16-cv-502-LM

NH Department of Corrections,
Commissioner et al


                               O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 25, 2017.


    SO ORDERED.

                                                  _____
                                                  Landya B. McCafferty
                                                  United States District Judge


Date: September 15, 2017

cc:   Timothy Logsdon, pro se
      Heather Dunion Neville, Esq.