```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Timothy Logsdon

    v.                                                                             Case No. 16-cv-502-LM

NH Department of Corrections et al

## ORDER

No objection having been filed, I herewith approve the Superseding Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 28, 2019. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                              _____
                                                              Landya B. McCafferty
                                                              Chief Judge

Date: March 29, 2019

cc: Timothy Logsdon, pro se
    Heather Neville, Esq.